New York Marine Company, Libelant-Appellee, v. THE Steamer NEW HAMPSHIRE, Her Engines, etc., the New England Steamship Company, Claimant-Appellant.

No. 301.

Circuit Court of Appeals, Second Circuit.

April 7, 1930.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and W. Parker Sedgwick, both of New York City, of counsel), for appellant.

Frederick W. Park, of New York City, for appellee New York Marine Co.

Macklin, Brown, Lenehan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee Chas. W. Peterson.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree in all respects affirmed, with costs.

Central Vermont Transportation Company as Owner of THE Steamer NEW LONDON, Libelant-Appellant, v. THE Steam Tug DUNMORE and THE Barge HARFORD, the P. Dougherty Company, Claimant-Appellee.

No. 297.

Circuit Court of Appeals, Second Circuit.

April 7, 1930.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and James McKown, Jr., both of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (W. J. Nunnally, Jr., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed, with costs.

John Richardson & Co., Libelant-Appellee, v. THE Steamship TEESBRIDGE, etc., North of England, Steamship Co., Limited, Claimant-Respondent-Appellant.

No. 281.

Circuit Court of Appeals Second Circuit.

April 7, 1930.

Kirlin, Woolsey, Campbell, Hickox, Keating & McGrann, of New York City (L. De Grove Potter and John J. Heckman, both of New York City, of counsel), for appellant.

Single & Single, of New York City (Alonzo L. Tyler, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed, with costs.